UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>           Plaintiff,<br><br>  vs.<br><br>CC3 McKENNEY and H. SNIVELY,<br><br>           Defendants. | NO.  CV-06-5006-MWL<br><br>ORDER DENYING MOTION AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY (30) DAYS |

BEFORE THE COURT is Plaintiff's Motion to Vacate Order Entered March 27, 2006, and for Order Directing Service of Complaint (Ct. Rec. 12), which the court construes as a Motion for Revision under Fed. R. Civ. P. 54.  Plaintiff is proceeding *pro se* and *in forma pauperis*. The court has not directed that Defendants be served in this action.

Although Plaintiff brings his motion ostensibly under Fed. R. Civ. P. 60(b), there has been no final judgment entered in this action.  Therefore, the appropriate basis for reviewing Plaintiff's allegations is a request for revision under Fed. R. Civ. P. 54(b). The motion was heard without oral argument on the date signed below. After review of Plaintiff's motion and for the reasons set forth below, **IT IS ORDERED** Plaintiff's motion (**Ct. Rec. 12**) is **DENIED.**

Plaintiff admits he has not exhausted any claims which arose after January 5, 2006.  Regardless what such claims could establish,

ORDER - 1

the court cannot consider them in this action as they have not been exhausted.  42 U.S.C. § 1997e(a).  Therefore, Plaintiff should remove these claims from his amended complaint.  Plaintiff is free to bring such claims in a separate action once they have been exhausted through the prison grievance system.

At this time, the complaint has not been dismissed.  Rather, Plaintiff has been directed to amend his complaint to state non-conclusory allegations of retaliation.  Plaintiff is correct to reference *Rhodes v. Robinson*, 408 F.3d 559, 567-68 (9th Cir. 2005), and should present adequate facts to satisfy the five basic elements of a First Amendment retaliation claim in an amended complaint.

Therefore, the court declines Plaintiff's request to serve the present complaint and directs Mr. Entler to file an amended complaint within thirty (30) days of the date of this Order, setting forth facts to support his claims of retaliation.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and set a case management deadline accordingly.

**DATED** this   17th   day of May 2006.


                    S/Michael W. Leavitt
                    MICHAEL W. LEAVITT
              UNITED STATES MAGISTRATE JUDGE

ORDER - 2