UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>                    Plaintiff,<br><br>          v.<br><br>CC3 McKENNEY and H. SNIVELY,<br><br>                    Defendants. | NO. CV-06-5006-MWL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Magistrate Judge Leavitt filed a Report and Recommendation on July 27, 2006, recommending Plaintiff's Motion for a Temporary Restraining Order (Ct. Rec. 5) be denied as moot. (Ct. Rec. 22). Neither party submitted timely objections to the Report and Recommendation.

Having reviewed Magistrate Judge Leavitt's July 27, 2006, Report and Recommendation and concurring with the recommendations contained therein, said Report and Recommendation (**Ct. Rec. 22**) is **ADOPTED** in its entirety.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Motion for a Temporary Restraining Order (**Ct. Rec. 5**) is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy of this Order to Plaintiff, defense counsel, and Magistrate Judge Leavitt.

ORDER * 1

1 | **DATED** this __18th__ day of August 2006.
2 |
3 | _s/ Edward F. Shea_
  | EDWARD F. SHEA
4 | United States District Judge
5 |
  | Q:\Civil\2006\5006.adpoting.R.&.R.wpd
6 |

ORDER * 2