AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN THOMAS ENTLER,
           Plaintiff,

v.

CC3 DAVID MCKINNEY AND HAL SNIVELY,
           Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5006-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment shall be entered in favor of Defendants against Plaintiff. Plaintiff's first amended complaint is DISMISSED, with prejudice.

February 26, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard